**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1336**

_____

LARRY WILLIAM WANGEROW,

> Plaintiff - Appellant,

> v.

BRIAN PORTER,

> Defendant - Appellee,

> and

CLARA E. CAMPBELL, Admin. Officer "CLECA"; BONNIE G. SCHNEIDER; JASON DAVID RICKE; JAMES A. DELLMEYER,

> Defendants.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:23-cv-02751-GLR)

_____

Submitted:  July 25, 2024                    Decided:  July 30, 2024

_____

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry William Wangerow, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry William Wangerow appeals the district court's order dismissing his complaint without prejudice for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wangerow v. Porter*, No. 1:23-cv-02751-GLR (D. Md. Feb. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2